UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GWYNN SHIPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 6:17-cv-00200-MVL-DEK |
| v. | ) |
| | ) |
| EXETER FINANCE CORP., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SETTLEMENT

The parties notify the Court that they have reached an agreement in principle to resolve this matter. Accordingly, the parties respectfully request that the Court vacate all deadlines and provide 30 days for the parties to finalize their settlement and file a stipulation of dismissal.

Dated: June 26, 2017                     Respectfully submitted,

/s/ Aaron D. Radbil
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Phone: (512) 322-3912
aradbil@gdrlawfirm.com

Counsel for Plaintiff

/s/ Virginia Bell Flynn
Virginia Bell Flynn
Troutman Sanders LLP
4320 Fairfax Avenue
Dallas, Texas 75205
Phone: (804) 697-1480
virginia.flynn@troutmansanders.com

Counsel for Defendant

1

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of June, 2017, I electronically filed the foregoing via the CM/ECF system for the Eastern District of Texas, which sent notice of such filling to the following:

Virginia Bell Flynn, Esq.
Troutman Sanders LLP
4320 Fairfax Avenue
Dallas, Texas 75205
Phone: (804) 697-1480
virginia.flynn@troutmansanders.com

*Counsel for Defendant*

              /s/ Aaron D. Radbil
              Aaron D. Radbil